# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Emily Raymer<br>Derick P Raymer<br>3205 Meadoway Court<br>Independence, KY 41051<br>3205 Meadoway Court<br>Independence, KY 41051<br>aka/dba: Emily S. Chavez<br><br>Debtor(s) | Case Number: 04–22458–wsh<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated: 1/26/05

By The Court

William S. Howard
United States Bankruptcy Judge

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0643-2           User: janec              Page 1 of 1              Date Rcvd: Jan 26, 2005
Case: 04-22458                 Form ID: B18             Total Served: 26

The following entities were served by first class mail on Jan 28, 2005.
 db       +Emily Raymer,   3205 Meadoway Court,   Independence, KY 41051-6719
 jdb      +Derick P Raymer,   3205 Meadoway Court,   Independence, KY 41051-6719
 aty       Patrick C Hickey,   3130 Stoneridge Dr,   Edgewood, KY  41017-3355
 tr       +Lori A Schlarman,   PO Box 387,   Hebron, KY 41048-0387
2623102   +AMERICAN CORADIUS, INC,   300 ESSJAY ROAD, SUITE 150,   WILLLIAMSVILLE NY 14221-8231
2623103   +ATT DIRECT BILL CARD,   PO BOX 84055,   COLUMBUS GA 31908-4055
2623104   +BENEFICIAL FINANCE,   PO BOX 4153-K,   CAROL STREAM IL 60197-8153
2623105   +CHASE MANHATTAN MORTGAGE CORP,   3415 VISION DRIVE,   COLUMBUS OH 43219-6009
2623106    CITI CARDS,   PO BOX 8102,   SOUTH HACKENSACK NJ 07606-8102
2623107   +COLLECTION SYSEMS, INC,   PO BOX 4157,   WOODLAND HILLS CA 91365-4157
2623108   +DIVERSIFIED COLLECTION SERVICES,   600 COON RAPIDS,   COON RAPIDS MN 55433-5549
2623109   +GATEWAY COMMUNITY AND TECHNICAL COLLEGE,   1025 AMSTERDAM ROAD,   COVINGTON KY 41011-2031
2623110   +GE CAPITAL CONS CARDCO,   PO BOX 9001557,   LOUISVILLE KY 40290-1557
2623111   +GECCC/HANNOSH,   PO BOX 276,   DAYTON OH 45401-0276
2623112   +HONDA FINANCING SERVICE,   PO BOX 1844,   ALPHARETTA GA 30023-1844
2623113    HOUSEHOLD CREDIT SERVICES,   PO BOX 5222,   CAROL STREAM IL 60197-5222
2623114   +LAZARUS DEPARTMENT STORE,   13141 34TH STREET NORTH,   CLEARWATER FL 33762-4259
2623115    NATIONAL CITY CONSUMER LOAN,   PO BOX 856153,   LOUISVILLE KY 40285-6153
2623116    ORCHARD BANK,   PO BOX 5222,   CAROL STREAM IL 60197-5222
2623118   +RADIOLOGY ASSOCIATES OF NORTHERN KY,   170 BARNWOOD,   EDGEWOOD KY 41017-2501
2623119    SALLIE MAE SERVICING,   PO BOX 9500,   WILKES BARRE PA 18773-9500
2623120   +SHERMAN ACQUISITION,   PO BOX 10584,   GREENVILLE SC 29603-0584
2623121    UNITED COLLECTION BUREAU,   5620 SOUTHWYCK BLVD,   SUITE 206,   TOLEDO OH 43614-1501
2623122   +US DEPARTMENT OF VETERANS AFFAIRS,   PO BOX 11930,   SAINT PAUL MN 55111-0930
2623123   +US DEPARTMMENT OF EDUCATION,   FEDERAL STUDENT AID PROGRAMS,   PO BOX 4222,
            IOWA CITY IA 52244-4222

The following entities were served by electronic transmission on Jan 26, 2005 and receipt of the transmission
was confirmed on:
2623104   +EDI: HFC.COM Jan 26 2005 20:16:00     BENEFICIAL FINANCE,   PO BOX 4153-K,
            CAROL STREAM IL 60197-8153
2623113    EDI: HFC.COM Jan 26 2005 20:16:00     HOUSEHOLD CREDIT SERVICES,   PO BOX 5222,
            CAROL STREAM IL 60197-5222
2623116    EDI: HFC.COM Jan 26 2005 20:16:00     ORCHARD BANK,   PO BOX 5222,   CAROL STREAM IL 60197-5222
2623117   +EDI: PROVID.COM Jan 26 2005 20:16:00     PROVIDIAN,   4940 JOHNSON DRIVE,   PLEASANTON CA 94588-3308
                                                                                                  TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2005**                            **Signature:** _Joseph Speetjens_